## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:      PATTI L. CAESAR      :      CHAPTER 13
                                                     :      NO. 18-13522ELF

## CERTIFICATE OF NO ANSWER OR OBJECTION

I, Daniel P. Mudrick, Esquire, Counsel for Debtor, hereby certify, pursuant to Local Bankruptcy Rule 9013.3(d), that:

1.      Debtor's Application for Approval of Counsel Fees was filed of record with this Court on September 10, 2018;

2.      Service of the Motion was made on creditors and the Trustee via first class mail, postage prepaid and/or electronic means on September 10. 2018; and

3.      As of this date, Counsel for Debtor has received no Answer or Objection from any interested party to the granting of this Application.

Dated:      10/01/18                          /s/ Daniel P. Mudrick_____
                                                         Daniel P. Mudrick, Esquire
                                                         Attorney for Debtor
                                                         One West First Avenue, Suite 101
                                                         Conshohocken, PA 19428-6800
                                                         (610) 832-0100