# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:        PATTI L. CAESAR        :        CHAPTER 13
                                     :        NO. 18-13522ELF

## ORDER

**AND NOW**, this _____ day of _____, 2018, upon consideration of the Application for Compensation ("the Application") filed by the Debtor's Counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $ **3,500.00** [handwritten insert: and reimbursement of expenses of $10.00 are allowed.]

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation [handwritten insert: and expense reimbursement] set forth in ¶ 2 less **$1,200.00** which was paid by the Debtor prepetition, to the extent such distribution is authorized under the terms of the confirmed Chapter 13 Plan.

_____
ERIC L. FRANK
United States Bankruptcy Judge