**Fill in this information to identify the case:**

Debtor 1   Patti Lynn Caesar

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case Number   1813522 ELF

Official Form 410S1
# Notice of Mortgage Payment Change                                    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of Creditor**: PNC Bank, N.A.

**Court claim no.** (if known):

**Last four digits** of any number you use to identify the debtor's account: 4659

**Date of payment change:**
Must be at least 21 days after date of this notice      03/23/2020

**New total payment:**      $230.13
Principal, interest, and escrow, if any

### Part 1:  Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   ☒ No
   ☐ Yes.  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:_____
   _____

   Current escrow payment: $_____      New escrow payment: $_____

### Part 2:  Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment based on an adjustment to the interest rate in the debtor's variable-rate note?**
   ☒ No
   ☐ Yes.  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:_____
   _____

   Current interest rate:                                    New interest rate:
   Current principal and interest payment:                   New principal and interest payment:

### Part 3:  Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   ☐ No
   ☒ Yes.  Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

   Reason for change:  Daily Simple Interest Accrual for Billing Period

   **Current mortgage payment:** $212.86           **New mortgage payment**: $230.13

Debtor 1  Patti Lynn Caesar                             Case number (if known) 1813522
          First Name   Middle Name   Last Name

### Part 3: Sign Here

**The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.**

*Check the appropriate box.*

☒ I am the creditor.

. ☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X /s/ Yvonne Uhlik                                      Date   02 / 28 / 2020
   Signature

Print:    Yvonne Uhlik                                  Title:   Support Specialist

Company   PNC Bank, National Association

Address:  P.O. Box 94982
          Number    Street

          Cleveland, OH 44101-0570
          City       State      ZIP Code

Contact Phone: 1-800-642-6323 Ext. 65570                Email:

**WILLIAM C. MILLER, Esq.**
P.O. Box 1229
Philadelphia, PA 19105

# CERTIFICATE OF SERVICE

I, the undersigned, of PNC Bank, N.A., hereby certify that on February 28, 2020, a true and correct copy of the Mortgage Payment Change was electronically served upon the following using the Court's CM/ECF system:

Debtor:             Patti Lynn Caesar

Debtor Attorney:  DANIEL P. MUDRICK

Trustee:            WILLIAM C. MILLER, Esq.

Further, I certify that on February 28, 2020, a true and correct copy of the Mortgage Payment Change was forwarded via U.S. Mail, first class postage prepaid and properly addressed, to the following at the addresses shown below:

Debtor Address:  212 Williamsburg Road
                 Ardmore, PA 19003

Debtor Attorney: 325 Sentry Parkway East
                 Building 5 West - Suite 320
                 Blue Bell, PA 19422

Trustee Address: P.O. Box 1229
                 Philadelphia, PA 19105

Judge's Initials:   ELF

By: /s/ Yvonne Uhlik
_____
Yvonne Uhlik
PNC Bank, National Association
P.O. Box 94982
Cleveland, OH 44101-0570
1-800-642-6323 Ext. 65570