**WILLIAM C. MILLER**
**P.O. Box 1229**
**Philadelphia, PA 19105**

## CERTIFICATE OF SERVICE

I, the undersigned, of PNC Bank, N.A., hereby certify that on March 30, 2020, a true and correct copy of the Mortgage Payment Change was electronically served upon the following using the Court's CM/ECF system:

Debtor:             Patti Lynn Caesar

Debtor Attorney: DANIEL P. MUDRICK

Trustee:            WILLIAM C. MILLER

Further, I certify that on March 30, 2020, a true and correct copy of the Mortgage Payment Change was forwarded via U.S. Mail, first class postage prepaid and properly addressed, to the following at the addresses shown below:


Debtor Address:  212 Williamsburg Road
                 Ardmore, PA 19003


Debtor Attorney: 325 Sentry Parkway East
                 Building 5 West - Suite 320
                 Blue Bell, PA 19422


Trustee Address: P.O. Box 1229
                 Philadelphia, PA 19105


Judge's Initials:   ELF


By: /s/ Michael Gallagher
_____
Michael Gallagher
PNC Bank, National Association
P.O. Box 94982
Cleveland, OH 44101-0570
1-800-642-6323 Ext. 62239

**Fill in this information to identify the case:**

Debtor 1: Patti Lynn Caesar

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case Number: 18-13522 ELF

Official Form 410S1
# Notice of Mortgage Payment Change                     12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of Creditor**: PNC Bank, N.A.          **Court claim no.** (if known):

**Last four digits** of any number you use to identify the debtor's account: 4659

**Date of payment change:** Must be at least 21 days after date of this notice    04/ 23/2020

**New total payment:** $211.58
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:_____

   Current escrow payment: $_____        New escrow payment: $_____

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment based on an adjustment to the interest rate in the debtor's variable-rate note?**
   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:_____

   Current interest rate:                    New interest rate:
   Current principal and interest payment:   New principal and interest payment:

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   ☐ No
   ☒ Yes. Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

   Reason for change: Daily Simple Interest Accrual for Billing Period

   **Current mortgage payment:** $230.13        **New mortgage payment**: $211.58

Official Form 410S1          **Notice of Mortgage Payment Change**          page 1

Debtor 1  Patti Lynn Caesar
     First Name   Middle Name   Last Name

Case number (if known) 18-13522

---

**Part 3:** **Sign Here**

**The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.**

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

**X** /s/ Michael Gallagher
    Signature

Date  03 / 30 / 2020

Print:  Michael Gallagher

Title:  Support Specialist

Company  PNC Bank, National Association

Address:  P.O. Box 94982
    Number   Street

Cleveland, OH 44101-0570
City   State   ZIP Code

Contact Phone: 1-800-642-6323 Ext. 62239

Email: Bankruptcy.administration.internal@pnc.com

---