**Fill in this information to identify the case:**

Debtor 1    Patti Lynn Caesar

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case Number    18-13522 ELF

Official Form 410S1
## Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of Creditor**: PNC Bank, N.A.    **Court claim no.** (if known):

**Last four digits** of any number you    **Date of payment change:**
use to identify the debtor's account: 4659    Must be at least 21 days after date    05/ 23/2020
of this notice

**New total payment:**    $211.05
Principal, interest, and escrow, if any

### Part 1:  Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:_____
   _____

   Current escrow payment: $_____    New escrow payment: $_____

### Part 2:  Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment based on an adjustment to the interest rate in the debtor's variable-rate note?**
   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:_____
   _____

   Current interest rate:    New interest rate:
   Current principal and interest payment:    New principal and interest payment:

### Part 3:  Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   ☐ No
   ☒ Yes. Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

   Reason for change:  Daily Simple Interest Accrual for Billing Period

   **Current mortgage payment:** $211.58    **New mortgage payment**: $211.05

Official Form 410S1    **Notice of Mortgage Payment Change**    page 1

Debtor 1  Patti Lynn Caesar                              Case number (if known) 18-13522
           First Name   Middle Name   Last Name

### Part 3: Sign Here

**The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.**

*Check the appropriate box.*

☒ I am the creditor.

. ☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X /s/ Michael Gallagher                                  Date   04 / 28 / 2020
   Signature

Print:  Michael Gallagher                                Title:  Support Specialist

Company   PNC Bank, National Association

Address:  P.O. Box 94982
          Number    Street

          Cleveland, OH 44101-0570
          City       State      ZIP Code

Contact Phone: 1-800-642-6323 Ext. 62239                 Email: Bankruptcy.administration.internal@pnc.com

UNITED STATES BANKRUPTCY COURT
FOR THE Eastern District OF Pennsylvania
(Philadelphia)

| IN RE: Patti Lynn Caesar | Case No. 18-13522<br>Judge    Eric L. Frank<br>Chapter  13 |
|---|---|

CERTIFICATE OF SERVICE OF
Notice of Mortgage Payment Change

I, the undersigned, hereby certify that, on April 28, 2020, a true and correct copy of the Notice of Mortgage Payment Change was electronically served upon the following using the Court's CM/ECF system:

Debtor's Attorney: DANIEL P. MUDRICK
Trustee: WILLIAM C. MILLER
Office of the United States Trustee

Further, I certify that, on April 28, 2020, a true and correct copy of the Notice of Mortgage Payment Change was forwarded via U.S. Mail, first class postage prepaid and properly addressed, to the following at the address shown below:

Patti Lynn Caesar                     212 Williamsburg Road, Ardmore, PA 19003

By: /s/ Michael Gallagher
Michael Gallagher
PNC Bank, N.A.

PO Box 94982
Cleveland, OH 44101-0570

1-800-642-6323
Ext. 62239