**Fill in this information to identify the case:**

Debtor 1  Patti Lynn Caesar

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case Number  1813522 ELF

Official Form 410S1
# Notice of Mortgage Payment Change                                12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of Creditor**: PNC Bank, N.A.                    **Court claim no.** (if known):

**Last four digits** of any number you
use to identify the debtor's account: 4659

**Date of payment change:**
Must be at least 21 days after date           07/ 23/2020
of this notice

**New total payment:**           $180.07
Principal, interest, and escrow, if any

### Part 1:  Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.
   Describe the basis for the change. If a statement is not attached, explain why:_____
   _____

   Current escrow payment: $_____           New escrow payment: $_____

### Part 2:  Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment based on an adjustment to the interest rate in the debtor's variable-rate note?**
   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice
   is not attached, explain why:_____
   _____

   Current interest rate:                                 New interest rate:
   Current principal and interest payment:                New principal and interest payment:

### Part 3:  Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   ☐ No
   ☒ Yes. Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification
   agreement. *(Court approval may be required before the payment change can take effect.)*

   Reason for change:  Daily Simple Interest Accrual for Billing Period

   **Current mortgage payment:** $183.80           **New mortgage payment**: $180.07

Official Form 410S1                **Notice of Mortgage Payment Change**                page 1

Debtor 1   Patti Lynn Caesar                           Case number (if known) 1813522
          First Name   Middle Name   Last Name

### Part 3:  Sign Here

**The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.**

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

**X** /s/ Yvonne Uhlik                                    Date   06 / 30 / 2020
    Signature

Print:    Yvonne Uhlik                        Title:   Support Specialist

Company   PNC Bank, National Association

Address:  P.O. Box 94982
          Number    Street

          Cleveland, OH 44101-0570
          City       State      ZIP Code

Contact Phone: 1-800-642-6323 Ext. 65570              Email:

UNITED STATES BANKRUPTCY COURT
## Eastern District of Pennsylvania (Philadelphia)

| IN RE: **Patti Lynn Caesar** | Case No. **18-13522** <br> Judge    Eric L. Frank <br> Chapter  13 |
|---|---|

CERTIFICATE OF SERVICE OF
Notice of Mortgage Payment Change

I, the undersigned, hereby certify that, on June 30, 2020, a true and correct copy of the Notice of Mortgage Payment Change was electronically served upon the following using the Court's CM/ECF system:

Debtor's Attorney: **DANIEL P. MUDRICK**
Trustee: **WILLIAM C. MILLER, Esq.**
Office of the United States Trustee

Further, I certify that, on June 30, 2020, a true and correct copy of the Notice of Mortgage Payment Change was forwarded via U.S. Mail, first class postage prepaid and properly addressed, to the following at the address shown below:

**Patti Lynn Caesar**                              212 Williamsburg Road  Ardmore, PA 19003

By: /s/ Yvonne Uhlik
Yvonne Uhlik
PNC Bank, N.A.
PO Box 94982
Cleveland OH 44101
855-245-3814