**Fill in this information to identify the case:**

Debtor 1: Patti Lynn Caesar

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: District of Eastern Pennsylvania

Case Number: 18-13522 ELF

Official Form 410S1
# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of Creditor**: PNC Bank, N.A.

**Court claim no.** (if known): case n/a

**Last four digits** of any number you use to identify the debtor's account: 4659

**Date of payment change:**
Must be at least 21 days after date of this notice: 09/23/2020

**New total payment:** $ 185.22
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:_____

   Current escrow payment: $_____        New escrow payment: $_____

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment based on an adjustment to the interest rate in the debtor's variable-rate note?**
   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:_____

   Current interest rate: insert rate                    New interest rate: insert rate
   Current principal and interest payment: insert amt   New principal and interest payment: insert amt

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   ☐ No
   ☒ Yes. Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

   Reason for change: Daily Simply Interest Accrual for Billing Period

   **Current mortgage payment:** $170.24        **New mortgage payment:** $185.22

Official Form 410S1            **Notice of Mortgage Payment Change**            page 1

Debtor 1  __Patti Lynn Caesar__                         Case number (if known) __18-13522__
          First Name   Middle Name   Last Name

| Part 3: | **Sign Here** |

**The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.**

*Check the appropriate box.*

  ☒ I am the creditor.

. ☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

**X** /s/ __Marika Dienes__                                      Date __08/28/2020__
        Signature

Print:  __Marika Dienes__                              Title: __Support Specialist__

Company  __PNC Bank, National Association__

Address: __P.O. Box 94982__
         Number    Street

         __Cleveland, OH 44101-0570__
         City    State    ZIP Code

Contact Phone: 1-800-642-6323 Ext.                    Email: _____

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
**(Philadelphia)**

| IN RE: **Patti Lynn Caesar** | Case No. **18-13522** |
|---|---|
| | Judge    Eric L. Frank |
| | Chapter  13 |

CERTIFICATE OF SERVICE OF
NOTICE OF MORTGAGE PAYMENT CHANGE

    I, the undersigned, hereby certify that, on **8/28/2020**, a true and correct copy of the Notice of Mortgage Payment Change was electronically served upon the following using the Court's CM/ECF system:

Debtor's Attorney: **DANIEL P. MUDRICK**
Trustee: **WILLIAM C. MILLER, Esq.**
Office of the United States Trustee

    Further, I certify that, on **8/28/2020**, a true and correct copy of the Notice of Mortgage Payment Change was forwarded via U.S. Mail, first class postage prepaid and properly addressed, to the following at the address shown below:

**Patti Lynn Caesar**          212 Williamsburg Road
                                  Ardmore, PA 19003

                                            By: /s/ Marika Dienes
                                            Marika Dienes
                                            PNC Bank, N.A.
                                            P.O. Box 94982
                                            Cleveland, OH 44101
                                             (855) 245-3814