# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 18-13522-ELF

PATTI LYNN CAESAR

212 WILLIAMSBURG ROAD

ARDMORE, PA 19003-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  PATTI LYNN CAESAR

  212 WILLIAMSBURG ROAD

  ARDMORE, PA 19003-

Counsel for debtor(s), by electronic notice only.

  DANIEL P MUDRICK
  325 SENTRY PARKWAY EAST
  BLDG 5 WEST- STE 320
  BLUE BELL, PA 19422-

Date: 9/30/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee