**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>PATTI LYNN CAESAR | Chapter 13 |
| Debtor | Bankruptcy No. 18-13522-ELF |

## ORDER

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DANIEL P MUDRICK
325 SENTRY PARKWAY EAST
BLDG 5 WEST- STE 320
BLUE BELL, PA 19422-

Debtor:
PATTI LYNN CAESAR

212 WILLIAMSBURG ROAD

ARDMORE, PA 19003-