# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:    PATTI LYNN CAESAR    :    CHAPTER 13
                   Debtor,    :    NO. 18-13522ELF

## CERTIFICATE OF NO ANSWER OR OBJECTION

I, Daniel P. Mudrick, Esquire, Counsel for Debtor, hereby certify, pursuant to Local Bankruptcy Rule 9014-3(j), that:

1.    Debtor's Motion to Waive Financial Management Course Requirement was filed of record with this Court on October 29, 2020;

2.    Service of the Motion was made on creditors and the Trustee via first class mail, postage prepaid and/or electronic means on October 29, 2020; and

3.    As of this date, Counsel for Debtor has received no Answer or Objection from any interested party to the granting of this Motion.


Dated:    11/25/2020                /s/ Daniel P. Mudrick
                        Daniel P. Mudrick, Esquire
                        Attorney for Debtor
                        325 Sentry Parkway
                        Building 5 West, Suite 320
                        Blue Bell, PA 19422
                        (610) 832-0100