# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    PATTI LYNN CAESAR    :    CHAPTER 13
:    NO. 18-13522ELF

## ORDER

AND NOW, this 1st day of December, 2020, upon consideration of the within Motion to Waive Financial Management Course Requirement required by 11 U.S.C. §1328(g)(1), after notice and hearing thereon, it is hereby

**ORDERED** that the Motion is **GRANTED**, and it is

FURTHER ORDERED that the financial management course required by 11 U.S.C. §1328(g)(1) for Patti Lynn Caesar is hereby **WAIVED**.

_____
ERIC L. FRANK,
United States Bankruptcy Judge