United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-13522-elf |
| Patti Lynn Caesar | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 1 of 2 |
| Date Rcvd: Dec 02, 2020 | Form ID: pdf900 | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Patti Lynn Caesar, 212 Williamsburg Road, Ardmore, PA 19003-3104 |
| cr | ++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982 address filed with court:, PNC Bank, N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| cr | + | Truist Bank, Bankruptcy Department RVW 3034, PO Box 27767, Richmond, VA 23261-7767 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: Bankruptcy.Notices@pnc.com | Dec 03 2020 05:32:00 | PNC Bank, N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| cr | + Email/Text: bankruptcymortgage@suntrust.com | Dec 03 2020 05:32:00 | SunTrust Bank, Bankruptcy Department, VA - RVW - 3034, P.O. BOX 27767, RICHMOND, VA 23261-7767 |
| cr | + Email/PDF: gecsedi@recoverycorp.com | Dec 03 2020 05:18:55 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Dec 04, 2020 | Signature: | /s/Joseph Speetjens |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2020 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| DANIEL P. MUDRICK | on behalf of Debtor Patti Lynn Caesar dpmudrick@verizon.net G30229@notify.cincompass.com |
| JEROME B. BLANK | on behalf of Creditor Truist Bank paeb@fedphe.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:    PATTI LYNN CAESAR    :    CHAPTER 13
                                :    NO. 18-13522ELF

**ORDER**

AND NOW, this 1st day of December, 2020, upon consideration of the within Motion to Waive Financial Management Course Requirement required by 11 U.S.C. §1328(g)(1), after notice and hearing thereon, it is hereby

**ORDERED** that the Motion is **GRANTED**, and it is

FURTHER ORDERED that the financial management course required by 11 U.S.C. §1328(g)(1) for Patti Lynn Caesar is hereby **WAIVED**.

_____
ERIC L. FRANK,
United States Bankruptcy Judge