United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Patti Lynn Caesar  
    Debtor

Case No. 18-13522-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Oct 01, 2021      Form ID: 138OBJ      Total Noticed: 25

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Patti Lynn Caesar, 212 Williamsburg Road, Ardmore, PA 19003-3104 |
| 14118024 | | CITIBCARDS CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14118028 | | PNC BANK MORTGAGE SER, PO Box 8703, Dayton, OH 45401-8703 |
| 14174702 | + | PNC Bank, National Association, c/o Rebecca A. Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Phila., PA 19106-1541 |
| 14118029 | | SUNTRUST MORTGAGE INC, PO Box 85526, Richmond, VA 23285-5526 |
| 14169662 | | SunTrust Mortgage, Inc., Bankruptcy Department RVW 3034, PO Box 27767 Richmond, VA 23261 |
| 14174068 | + | TD Bank, N.A., c/o Schiller, Knapp, Lefkowitz, & Hertze, Payment Processing, PO Box 16029, Lewiston, ME 04243-9507 |
| 14118034 | | WELLS FARGO CARD SERVICE, PO Box 14517, Des Moines, IA 50306-3517 |
| 14168018 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 02 2021 00:16:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 02 2021 00:16:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14118021 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 02 2021 00:21:47 | CAPITAL ONE BANK USA NA, 10700 Capitol One Way, Glen Allen, VA 23060-9243 |
| 14172967 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 02 2021 00:21:38 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14118025 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 02 2021 00:16:00 | INTERNAL REVENUE SERVICE, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14118022 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 02 2021 00:21:42 | CHASE/BANK ONE CARD, PO Box 15298, Wilmington, DE 19850-5298 |
| 14118023 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 02 2021 00:21:42 | CHASE/BANK ONE CARD SERVICES, PO Box 15298, Wilmington, DE 19850-5298 |
| 14174689 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 02 2021 00:21:39 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14118026 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 02 2021 00:16:00 | PENNSYLVANIA DEPARTMENT OF REVENUE, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14118027 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 02 2021 00:16:00 | PNC BANK, PO Box 3180, Pittsburgh, PA 15230-3180 |
| 14176177 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

|          |   |                                              | Oct 02 2021 00:21:38 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
|----------|---|----------------------------------------------|----------------------|-----------------------------------------------------------------|
| 14116504 | + | Email/PDF: rmscedi@recoverycorp.com          | Oct 02 2021 00:21:47 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14118030 |   | Email/PDF: gecsedi@recoverycorp.com          | Oct 02 2021 00:21:43 | SYNCB/CARE CREDIT, PO Box 965036, Orlando, FL 32896-5036 |
| 14118031 |   | Email/PDF: gecsedi@recoverycorp.com          | Oct 02 2021 00:21:43 | SYNCB/MOHAWK FLOORSCAPE, PO Box 965036, Orlando, FL 32896-5036 |
| 14118032 |   | Email/Text: bankruptcy@td.com                | Oct 02 2021 00:16:00 | TD BANK NA, 32 Chestnut St, Lewiston, ME 04240-7744 |
| 14118033 |   | Email/PDF: Citi.BNC.Correspondence@citi.com  | Oct 02 2021 00:21:43 | THE HOME DEPOT/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|----------|---------------|------------------|
| 14118020 |               | 18-13522 |
| smg      | *             | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 03, 2021                    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2021 at the address(es) listed below:

| Name | Email Address |
|------|---------------|
| DANIEL P. MUDRICK | on behalf of Debtor Patti Lynn Caesar dpmudrick@verizon.net G30229@notify.cincompass.com |
| JEROME B. BLANK | on behalf of Creditor Truist Bank paeb@fedphe.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 01, 2021 | Form ID: 138OBJ | Total Noticed: 25 |

ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Patti Lynn Caesar
        Debtor(s)

Case No: 18−13522−elf
Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 10/1/21